FILED: April 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6295
(7:22-cv-00090-CKM)

_____

DANIEL NEIL JACKSON

　　　　Plaintiff - Appellant

v.

D. DAMERON, RN; DR. K. SMITH

　　　　Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered March 30, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*